UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

VS                                                    CASE NO.  5:93cr5006 LAC

CALVIN JOHNSON

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on _____JUNE 12, 2008_____
Motion/Pleadings: __MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)__
Filed by __DEFENDANT PRO SE__ on _6/5/08_ Doc.# _64_

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____
_____ Stipulated      _____ Joint Pldg.
_____ Unopposed       _____ Consented

                                WILLIAM M. McCOOL, CLERK OF COURT

                                s/Mary Maloy
LC (1 OR 2)                     Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 29th day of July, 2008, that:*

*(a) The relief requested is* ***DENIED.***

*(b) The defendant was sentenced as a career offender. The defendant is not eligible for relief pursuant to Amendment 706 to the Sentencing Guidelines due to the fact his total offense level remains at 34 pursuant to the Career Offender Provision.*

                                s/*L.A. Collier*
                                ***LACEY A. COLLIER***
                                ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

Document No.